No. 889. BRIGGS ET AL. v. BRESWICK & Co. ET AL. C. A. 2d Cir. Certiorari denied. *Thomas F. Daly* for Briggs et al., and *James F. Dwyer* for Murchison et al., petitioners. *George Brussel, Jr.* for respondents.

No. 13, Misc. TENSLEY v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 286, Misc. TOMPKINS v. EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. John M. Dalton,* Attorney General of Missouri, and *Samuel M. Watson,* Assistant Attorney General, for respondent.

No. 446, Misc. SCRANTON v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied. *Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent.

No. 542, Misc. SIPLE v. MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 569, Misc. McMORROW v. ALVIS, WARDEN. Court of Appeals of Ohio. Certiorari denied. Petitioner *pro se. C. William O'Neill,* Attorney General of Ohio, and *John W. Shoemaker,* Assistant Attorney General, for respondent.

No. 590, Misc. HENDERSON v. MICHIGAN. Supreme Court of Michigan. Certiorari denied. *Ernest Goodman* for petitioner. *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor